UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lucas Dias Dos Reis Silva

v. Case No. 1:26-cv-00620-JL-AJ

Christopher Brackett, et al.

**ORDER**

Before the court is the habeas petition brought by Lucas Dias Dos Reis Silva challenging his ongoing ICE detention.[1] After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2] In response, the government notes that it "objects to this Court granting relief… on the basis of *Destino*" on the ground that the case was "wrongly decided," but concedes that the court would "likely reach the same result and would order that Petitioner be afforded a bond hearing before an immigration judge" if it applied *Destino*'s reasoning here.[3]

Thus, no cause having been shown why it should not afford the petitioner the same relief ordered in *Destino*, the court, applying the reasoning in that case, orders the respondents to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. The bond hearing shall be conducted in accordance with the procedural protections set forth in *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), with DHS bearing the burden of proving, by clear and convincing evidence, that the petitioner poses a danger to the community, or, by a preponderance of evidence, that he poses a flight risk. The petition is DENIED in all other respects. The parties shall file a status report on or before **August 19, 2026**.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Dated: August 7, 2026
Cc: Counsel of record

[1] Doc. no. 1.
[2] Doc. no. 3.
[3] Show Cause Response (doc. no. 6) at 1-3. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.